[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 6, 2005
THOMAS  K. KAHN
CLERK**

No. 05-13347
Non-Argument Calendar

D. C. Docket No. 03-03086-CV-RWS-1

LINDA M. ELLIS,
d.b.a Linda's Lyrics,

Plaintiff-Appellant,

versus

ERIC J. ARONSON,
DASH SYSTEMS, INC.,

Defendants-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia

**(December 6, 2005)**

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

We find no merit in this appeal.  The judgment of the district court is

therefore

AFFIRMED.